

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00460-CV

---

IN THE INTEREST OF A.L.,
A CHILD

----------

FROM THE 233RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 233-614335-17

----------

## MEMORANDUM OPINION[1]

----------

D.R. (Mother) attempts to appeal from the "Temporary Orders" entered in a suit affecting the parent-child relationship. On January 2, 2018, we notified the parties that we were concerned that we lack jurisdiction over the appeal because the "Temporary Orders" did not appear to be a final judgment or an appealable interlocutory order. We informed them that we could dismiss the appeal for want

---

[1]*See* Tex. R. App. P. 47.4.

of jurisdiction unless Mother or any party desiring to continue the appeal filed a response on or before January 12, 2018, showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a), 44.3. Mother filed a response acknowledging that we lack jurisdiction over this appeal.

We have jurisdiction to consider appeals only from final judgments or from interlocutory orders made immediately appealable by statute. *See Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Lehman v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Temporary orders entered in suits affecting the parent-child relationship are not appealable interlocutory orders. *See* Tex. Fam. Code Ann. § 105.001(e) (West 2014); *Hubert v. Hubert*, No. 01-11-00438-CV, 2012 WL 4739952, at *1 (Tex. App.—Houston [1st District] Oct. 4, 2012, no pet.) (mem. op) (noting that section 105.001(e) "expressly precludes an interlocutory appeal from a temporary order in a suit affecting the parent-child relationship"); *see also* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (West Supp. 2017) (listing types of appealable interlocutory orders). Because the "Temporary Orders" are neither a final judgment nor an appealable interlocutory order, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Hubert*, 2012 WL 4739952, at *1 (dismissing appeal from temporary orders for want of jurisdiction).

/s/ Elizabeth Kerr
ELIZABETH KERR
JUSTICE

PANEL:  KERR, PITTMAN, and BIRDWELL, JJ.

DELIVERED:  February 15, 2018